Nathan Bond, receiver of Hamilton & Cunningham, appellant, v. Charles A. Allen and John G. Thompson, appellees.

Action on note. Judgment for defendant as defense of payment and discharge. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

Rearick & Meeks, for appellant. Lindley, Penwell & Lindley and Lawrence T. Allen, for appellees; Walter C. Lindley, of counsel.

Mr. Justice Graves delivered the opinion of the court.

---

Mary L. Mayfield, appellee, v. Alexander Lumber Company, appellant.

Action to recover rent and for damages for failure to keep certain buildings insured, which buildings were later destroyed by fire. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918.

Dobbins & Dobbins, for appellant. Green & Palmer and Walter B. Riley, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

George F. Torbert, appellant, v. Allen Tuggle and Thurman Tuggle, appellees.

Action to recover for damage caused by stock escaping upon land of adjoining owner. Judgment for defendants. Appeal from the Circuit Court of DeWitt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed October 22, 1918.

Herrick & Herrick, for appellant. W. F. Gray, for appellees.

Mr. Justice Graves delivered the opinion of the court.

---

Shiloh Mutual Telephone Company, defendant in error, v. Charles C. Creamer, plaintiff in error.

Action to recover for telephone rental. Judgment for plaintiff. Error to the Circuit Court of Schuyler county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Glass & Bottenberg, for plaintiff in error. B. O. Willard and C. W. Flack, for defendant in error.

Mr. Justice Graves delivered the opinion of the court.

---

Fred W. Ayers, appellant, v. Wabash Coal Company, appellee.

Action to recover for breach of contract to purchase water. Judgment for defendant. Appeal from the Circuit Court of Adams county; the Hon. Albert Akers, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Freeman O. R. Baker and Fred G. Wolfe, for appellant. John F. Garner and Govert & Lancaster, for appellee.

Mr. Justice Graves delivered the opinion of the court.